UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RICKY L. RUCH, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:25-CV-632-TLS-JEM |
| ALLEN COUNTY JAIL, | |
| Defendant. | |

OPINION AND ORDER

Ricky L. Ruch, a prisoner without a lawyer, filed a complaint with unrelated claims. ECF 1. The complaint alleges he suffered a hand injury on November 13, 2025. It alleges he slipped and fell on November 14, 2025. These are different events, and "unrelated claims against different defendants belong in different suits." *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). When a plaintiff files a complaint with unrelated or mis-joined claims, the court may allow the plaintiff to decide which properly joined and related claims to pursue in the current case and when (or if) to bring the other claims in separate suits. *See Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012) (finding that district courts may direct a plaintiff "to file separate complaints, each confined to one group of injuries and defendants"). Lane needs to decide which claim to bring in this case. If he wants to pursue the other claim, he must file a separate lawsuit.

The amended complaint must also name a proper defendant. This complaint sues only the Allen County Jail, but it is a building. It is not a suable entity. *See Smith v. Knox County Jail*, 666 F.3d 1037, 1040 (7th Cir. 2012).

For these reasons, the court:

(1) DISMISSES the Allen County Jail;

(2) GRANTS Ricky L. Ruch until **December 30, 2025**, to file his ledger and an amended complaint; and

(3) CAUTIONS Ricky L. Ruch if he does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice because this complaint does not state a claim for which relief can be granted.

SO ORDERED on December 4, 2025.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT